**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CYNTHIA D'ABADIE                                                                                             PLAINTIFF

v.                                        NO. 4:13CV00017 JLH

BRAD HICKS, *et al.*                                                                                       DEFENDANTS

**ORDER**

The Court has determined that the jury trial of this matter scheduled for the week of November 18, 2013, in Little Rock, Arkansas, should be continued due to the Court's schedule. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 12th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE