**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CYNTHIA D'ABADIE                                                                                           PLAINTIFF

v.                                              NO. 4:13CV00017 JLH

BRAD HICKS, Officer, individually and in his
official capacity; JIM KANE, Officer, individually
and in his official capacity; ERIC STRICKLIN,
Officer, individually and in his official capacity;
CHRIS CARTER, Officer, individually and in his
official capacity; TOM LISH, Officer, individually
and in his official capacity; and HAROLD MARABLE,
Officer, individually and in his official capacity                                                   DEFENDANTS

## **ORDER OF DISMISSAL**

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 23rd day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE